IN THE UNITED STATES BANKRUPTCY COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

In re: Kenneth Allen Bardwell and Crystal Dawn Bardwell,

Debtors.

Case No. 09-16311
Chapter 13

**Motion to Modify Chapter 13 Plan, Response to Truestee's Motion to Dismiss and Request for Compensation**

Debtors move this Court to increase their Chapter 13 Plan payment to $700 per month beginning in June, 2011.   In support Debtors would show the Court:

1. Debtors filed their Chapter 13 Bankruptcy on November 4, 2009 and the Plan was confirmed on March 9, 2010.

2. The Monthly mortgage payment has increased from $310.00 to $422.95 per month causing the Plan to no longer be feasible.

3. The Trustee filed a Motion to Dismiss on May 2, 2011.

4. Debtors wish to increase their plan payment to $700 beginning with the June 2011 plan payment to bring the Plan back into feasibility.

5. Debtors attorney requests a $350.00 attorney fee for this Motion and the subsequent Order which will be entered.

Wherefore the Debtors request this Court increase their plan payment to $700 per month beginning in June 2011 and grant Debtors attorney a $350.00 attorney fee.

/s/Margaret Travis
_____
Margaret E. Travis, OBA#14424
Attorney At Law
500 Colcord Drive
Oklahoma City, OK 73102-2279
(405) 231-1013 Telephone (405) 236-5499 Fax
Attorney for Debtor

/s/ Chrystal Dawn Bardwell
_____
Crystal Dawn Bardwell, Co-Debtor

/s/Kenneth Allen Bardwell
_____
Kenneth Allen Bardwell, Debtor