IN THE UNITED STATES BANKRUPTCY COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

In re: Kenneth Allen Bardwell and Crystal Dawn Bardwell,

Debtors.

Case No. 09-16311
Chapter 13

**Motion to Modify Chapter 13 Plan and Request for Compensation**

Debtors move this Court to suspend their payment for November 2012 and December 2012, make their payment $450.00 for January 2013 and increase their plan payment to $750 beginning with the February 2013 plan payment and continuing for the remainder of the Chapter 13 Plan. In support Debtors would show the Court:

1. Debtors filed their Chapter 13 Bankruptcy on November 4, 2009 and the Plan was confirmed on March 9, 2010.

2. The Debtor, Kenneth Allen Bardwell, has recently had back surgery and it is anticipated he will be unable to work for 6-8 weeks. Debtor has no sick leave and no short-term disability plan.

3. The Debtors would be treated current through October, 2012.

4. Debtors seek to suspend their plan payments for November and December, 2012, pay $450 for January, 2013 and begin paying $750 in February, 2013 and continue to pay $750 for the remainder of the Chapter 13 Plan.

5. Debtors' attorney requests a $350.00 attorney fee for this Motion and the subsequent Order which will be entered.

Wherefore the Debtors request this Court grant the relief requested in this above motion.

*/s/Margaret Travis*

Margaret E. Travis, OBA#14424
Attorney At Law
500 Colcord Drive
Oklahoma City, OK 73102-2279
(405) 231-1013 Telephone (405) 236-5499 Fax
Attorney for Debtor

*/s/ Chrystal Dawn Bardwell*

Crystal Dawn Bardwell, Co-Debtor

*/s/Kenneth Allen Bardwell*

Kenneth Allen Bardwell, Debtor

## CERTIFICATE OF MAILING

I certify that on the 16th day of November, 2012, true and correct copy of the above and foregoing was electronically served upon the following using the Court's CM/ECF system:

- John T. Hardeman
- Margaret Travis
- U.S. Trustee.

Further, I certify that on the 16th day of November, 2012, a true and correct copy of the above and foregoing was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the individuals and entities on the attached mailing list.

*/s/Margaret Travis*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 09-16311<br>Western District of Oklahoma<br>Oklahoma City<br>Fri Nov 16 12:05:39 CST 2012 | BANK OF AMERICA, N.A.<br>2380 Performance Dr.<br>Richardson, TX 75082-4333 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | CitiFinancial Services Inc.<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Account Recovery Services<br>3031 N 114th Street<br>Milwaukee WI 53222-4218 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | American Loans<br>300 S Ranchwood # 1<br>Yukon OK 73099-2750 | (p)ASSET MANAGEMENT OUTSOURCING RECOVERIES IN<br>6737 W WASHINGTON ST<br>STE 4204<br>MILWAUKEE WI 53214-5656 |
| BAC Home Loans Servicing, L.P. fka<br>Countrywide Home Loans Servicing, L.P.<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | Bank of America Home Loans<br>7105 Corporate Drive MSN: PTX-C-35<br>Plano TX 75024-4100 | Bristol West Insurances Services<br>Services, Inc. of Florida<br>PO Box 371329<br>Pittsburgh PA 15250-7329 |
| Central State Recovery Inc.<br>1314 N Main St.<br>Hutchinson KS 67501-4002 | Check 'n Go<br>1403 Country Club Rd.<br>El Reno OK 73036-5301 | CitiFinancial<br>1225 Garth Brooks Blvd<br>Yukon OK 73099-4108 |
| CitiFinancial, Inc.<br>P.O. Box 140489<br>Irving, T X 75014-0489 | Citifinancial Services, Inc.<br>1225 South Eleventh Street<br>Yukon OK 73099-4108 | Courtesy Loans (El Reno)<br>211 North Bickford<br>El Reno OK 73036-2714 |
| Credit Collection Inc.<br>2915 N Classen Blvd.<br>Oklahoma City OK 73106-5452 | David W. Black<br>205 S Rock Island Ave<br>El Reno OK 73036-2734 | Franklin Collection Service<br>Community State Bank<br>Attn: Bankruptcy Clerk<br>P.O Box 3910<br>Tupelo MS 38803-3910 |
| INTEGRIS CANADIAN VALLEY<br>1201 Health Center Parkway<br>Yukon OK 73099-6381 | JANA FERRELL & ASSOCIATES<br>1432 WEST BRITTON ROAD SUITE 2<br>Oklahoma City OK 73114-1304 | Krablin Medical Clinic P.C.<br>PO Box 268947<br>Oklahoma City OK 73126-8947 |
| Millennium Financial Group<br>5770 NW Expressway Suite 1<br>Oklahoma City OK 73132-5220 | PARKVIEW HOSPITAL<br>2115 PARKVIEW DRIVE<br>PO BOX 129<br>El Reno OK 73036-0129 | Richard L Johnson DDS<br>5770 NW Expressway Ste 102<br>Warr Acres OK 73132-5238 |
| Southwest Oklahoma MRI LLC<br>5770 NW Expressway Ste 102<br>Warr Acres OK 73132-5238 | Southwest Oklahoma MRI, LLC<br>9901 S Pennsylvania<br>Oklahoma City OK 73159-6920 | Tower Loans (El Reno)<br>213 Noth Bickford<br>El Reno OK 73036 |

World Acceptance Corporation
1713 Investors Avenue
El Reno OK 73036-1607

Crystal Dawn Bardwell
P.O. Box 554
El Reno, OK 73036-0554

John T. Hardeman
PO Box 1948
Oklahoma City, OK 73101-1948

Kenneth Allen Bardwell
P.O. Box 554
El Reno, OK 73036-0554

Margaret Travis
PO Box 1336
Oklahoma City, OK 73101-1336

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American General Finance
6800 NW 23rd St.
Bethany OK 73008

Asset Management Out
6737 West Washington Ste 3118
West Allis WI 53214

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Asset Management Out
401 Pilot Ct. Ste A
Mail Returned-99999

(d)Citifinancial
1225 Garth Brooks Blvd
Yukon OK 73099-4108

(u)Citifinancial
6323 Albemarle Road
Mail Returned-99999

End of Label Matrix
Mailable recipients  34
Bypassed recipients   3
Total                37