UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:                                                    CASE NO. 09-16311-NLJ
                                                          CHAPTER 13
KENNETH ALLEN BARDWELL
CRYSTAL DAWN BARDWELL                                     JUDGE NILES L. JACKSON

        DEBTORS                                   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, JOHN HARDEMAN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  NATIONSTAR MORTGAGE LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 7325 | $4,390.03 | $4,390.03 | $4,390.03 |

| Total Amount Paid by Trustee | | | | $4,390.03 |
|---|---|---|---|---|

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit            ___ Direct by the Debtors
through January 2015

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

/s/ JOHN HARDEMAN
JOHN HARDEMAN, Trustee
321 Dean A. McGee Avenue
PO BOX 1948
OKLAHOMA CITY, OK  73101
13trustee@chp13okc.com
Tel: (405) 236-4843
Fax: (405) 236-1004

CASE NO. 09-16311-NLJ

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by first class U.S. Mail, postage prepaid, on this 27th day of January, 2015.

KENNETH ALLEN BARDWELL, CRYSTAL DAWN BARDWELL, PO BOX 554, EL RENO, OK 73036-0554

NATIONSTAR MORTGAGE LLC, 350 HIGHLAND DR, LEWISVILLE, TX  75067

NATIONSTAR MORTGAGE, PO BOX 630267, IRVING, TX  75063

BAER TIMBERLAKE COULSON & CATE, 6846 S CANTON AVE  STE 100, TULSA, OK  74136

| | |
|---|---|
| Date:  January 27, 2015 | /s/ JOHN HARDEMAN |
| | JOHN HARDEMAN, Trustee |
| | 321 Dean A. McGee Avenue |
| | PO BOX 1948 |
| | OKLAHOMA CITY, OK  73101 |
| | 13trustee@chp13okc.com |
| | Tel: (405) 236-4843 |
| | Fax: (405) 236-1004 |